From an order granting plaintiff's motion for a bill of particulars, defendants appeal. Modified and affirmed. William L. Cahn, of New York City, for appellants. Morris J. Hirsch, of New York City, for respondent.

PER CURIAM. The order appealed from will be modified as follows: Paragraphs 2 and 3, by eliminating the provision as to giving dates and places; paragraph four, by striking it out; paragraphs 5 and 6 by striking out all the requirements, except the names of the persons referred to in the fifth paragraph of the answer. As so modified, the order will be affirmed, without costs to either party; defendants to have the right to serve a further bill, containing the names of other customers and employés, at any time before the cause appears on the day calendar. Order modified, as directed in opinion, and, as so modified, affirmed, without costs, with leave to defendant to serve a further bill of particulars as indicated in opinion. Settle order on notice.

MARKS v. STOLTS. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Charles E. Marks against Julius W. Stolts, as president, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 952.

MARTIN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Wisner B. Martin against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1096.

MARTIN, Appellant, v. CLARKE, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by John Martin against Audley Clarke. No opinion. Order sustaining demurrer, and judgment entered thereon, affirmed, with costs.

MARTIN v. MELTON. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Arthur R. Martin against Samuel Melton. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 682.

MASON NEWS CO., Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by the Mason News Company against James G. McNulty. No opinion. Judgment affirmed, with costs.

MASON-SEAMAN TRANSP. CO. v. MITCHEL, Mayor. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the Mason-Seaman Transportation Company against John P. Mitchel as mayor, etc. No opinion. Motion granted. Settle order on notice.

MATHEWS, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Albert Mathews against Fred Hill. No opinion. Order affirmed, with $10 costs and dis-

bursements. See, also, 159 App. Div. 930, 144 N. Y. Supp. 1129.

MATTESON, Respondent, v. JENNINGS-BRAGDON CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by James L. Matteson against the Jennings-Bragdon Company. G. Lange, Jr., of New York City, for appellant. C. McMillan, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1129.

MATTESON v. JENNINGS-BRAGDON CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by James L. Matteson against the Jennings-Bragdon Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1129.

MATTISON, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Gertrude Mattison, as administratrix, etc., against the Boston & Maine Railroad. No opinion. Judgment and order unanimously affirmed, with costs.

In re MAXWELL. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the application of Francis H. J. Maxwell for admission to the bar. No opinion. Application granted.

MAY, Appellant, v. GERMAIN, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Louis May against Louis Germain.

PER CURIAM. Judgment affirmed, with costs. The twelfth finding of fact is, however, modified, so as to read: "The plaintiff was not disturbed by any failure of the defendant to perform and carry out all of the obligations on his part to be carried out and performed, in accordance with all of the terms and conditions of the aforesaid bill of sale and chattel mortgage, and with any understanding or agreement which existed between the parties, relative to any of the matters or things herein complained of."

MEISTER, Respondent, v. EGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Fred T. Meister against Thomas W. Egan.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 10 days, stipulate that the verdict may be reduced to the sum of $250, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

MELHADO, Respondent, v. STEEL & MASONRY CONTRACTING CO. Appellant. (No. 6800.) (Supreme Court, Appellate Division, First Department. February 5, 1915.) Appeal